IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CR-00187-RJC

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| THOMAS LEE GLENN (2) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se for jail credit. (Doc. No. 62).

The defendant seeks credit for time in custody after his arrest by federal authorities on November 13, 2009, through his sentencing date of February 1, 2011. (Id.). It is the responsibility of the Attorney General, through the Bureau of Prisons, to compute jail credit. United States v. Stroud, 584 F. App'x 159, 160 (4th Cir. 2014) (citing United States v. Wilson, 503 U.S. 329, 334-35 (1992)). If a defendant is not given the sentencing credit he thinks he deserves, his recourse is first to seek an administrative remedy, 28 C.F.R. § 542.10, and after that to file a petition under 28 U.S.C. § 2241 in the district of confinement.[1] Id.

**IT IS, THEREFORE, ORDERED**, that the defendant's pro se motion to receive jail credit (Doc. No. 62) is **DENIED**.

---

[1] The defendant is serving his sentence at FCI-Loretto in the Western District of Pennsylvania. (Doc. No. 62-1).

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: February 26, 2020

Robert J. Conrad, Jr.
United States District Judge